CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff LUIS MARQUEZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ, <br><br> Plaintiff, <br><br> v. <br><br> SUMMERWOOD, LP, a Delaware Limited Partnership; SANCAM, INC., a California Corporation; SMART & FINAL STORES LLC, a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case No.: 2:18-CV-03609-R-E <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties, will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: December 20, 2019     /s/ Amanda Lockhart Seabock
                             Amanda Lockhart Seabock
                             Attorney for Plaintiff