```
                                                                FILED
         UNITED STATES COURT OF APPEALS                     JAN 15 2020

              FOR THE NINTH CIRCUIT                        MOLLY C. DWYER, CLERK
                                                           U.S. COURT OF APPEALS
```

| LUIS MARQUEZ, | No. 19-55085 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:18-cv-03609-R-E<br>Central District of California,<br>Los Angeles |
| v. | |
| SUMMERWOOD, LP, a Delaware Limited Partnership; et al., | ORDER |
| Defendants-Appellants. | |

Pursuant to the stipulation of the parties (Docket Entry No. 28), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane G. Ashe
Circuit Mediator

rga/mediation